```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                     Case No. 18-04868-HWV
Bridget E Stoneroad                                                        Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis                 Page 1 of 2          Date Rcvd: Dec 21, 2018
                              Form ID: ntcnfhrg             Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db             +Bridget E Stoneroad,    777 Church Street,    Millersburg, PA 17061-2108
5132151        +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5132153        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5134427         CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
5132158        +Credit One Bank,    c/o Eastpoint Recovery Group, Inc.,    1807 Elmwood Ave,
                 Buffalo, NY 14207-2469
5132159        +Cws/cw Nexus,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
5132161        +Lasik Financing,    7840 Montgomery Road,    Cincinnati, OH 45236-4301
5132162        +Michael L. Stoneroad,    182 Klinger Road,    Millersburg, PA 17061-8714
5132164        +Patenaude & Felix APC,    4545 Murphy Canyon Road,    3rd Flr,    San Diego, CA 92123-4363
5132165        +Paypal Credit,    c/o American Coradius International,    35A Rust Lane,    Boerne, TX 78006-8202
5132166       #+Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
5132168        +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
5132169        +Recovery One,    Attn: Bankruptcy Department,    3240 Henderson Road,    Columbus, OH 43220-2300
5132171        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
5132172        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
5132173        +Western Alliance Bank,    PO Box 927830,    San Diego, CA 92192-7830
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5132149        +E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2018 20:17:03     Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5132150        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:12:20      American Eagle/Synchrony Bank,
                 PO Box 965003,    Orlando, FL 32896-5003
5132152        +E-mail/Text: rperez@arcadiarecovery.com Dec 21 2018 20:17:50     Arcadia Recovery Bureau,
                 645 Penn Street,    4th Floor,    Reading, PA 19601-3559
5132154        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2018 20:17:58
                 Bayview Financial Loan,    Attn: Bankruptcy Dept Blvd,    4425 Ponce De Leon,
                 Miami, FL 33146-1873
5132155        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 20:12:24      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5132156        +E-mail/Text: bankruptcy@cavps.com Dec 21 2018 20:17:54     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
5133395        +E-mail/Text: bankruptcy@cavps.com Dec 21 2018 20:17:54     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5132157        +E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2018 20:57:38      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5132160        +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 21 2018 20:17:05     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5132163        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 20:17:43     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5132996        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 20:12:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5132167        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 20:36:16
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5132170        +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 20:14:30      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Steven P. Miner    on behalf of Debtor 1 Bridget E Stoneroad sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| Bridget E Stoneroad, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18-bk-04868-HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 23, 2019 Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101-1737 (717) 901-2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KADavis, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: December 21, 2018 |

ntcnfhrg (03/18)