```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04868-HWV
Bridget E Stoneroad                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: KADavis           Page 1 of 1           Date Rcvd: Mar 13, 2019
                          Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
```
          +County of Dauphin,   Dauphin Co Administration Bldg,   Attn: Payroll Dept,
           2 S Second St 5th Floor,   Harrisburg, PA 17101-2047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Steven P. Miner    on behalf of Debtor 1 Bridget E Stoneroad sminer@daleyzucker.com,
           aewing@daleyzucker.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
   Bridget E. Stoneroad : CASE NO. 1-18-bk-04868-HWV
        Debtor : Chapter 13

## AMENDED ORDER TO PAY TRUSTEE

**Upon consideration** of the above-named Debtor having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court, the entity from whom the Debtor, Bridget E. Stoneroad, receives income:

**County of Dauphin**
**Dauphin County Administration Building**
**Attn: Payroll Dept**
**2 S. Second Street**
**5th Floor**
**Harrisburg, PA 17101**

Deduct from said Debtor's income the sum of **$750.43 each** paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or any benefits payable to the above Debtor and to remit the deductible sums to:

CHARLES J. DEHART, III, TRUSTEE
PO BOX 7005
Lancaster, PA 17604

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance pension, or union due be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

Dated: March 13, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)