```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 18-04868-HWV
Bridget E Stoneroad                                             Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini             Page 1 of 1          Date Rcvd: Jul 02, 2019
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5158487        +E-mail/Text: Financing@LCA.com Jul 02 2019 19:33:26      LCA Vision,   7840 Montgomery Road,
                 Cincinnati, OH 45236-4348
                                                                                              TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
              Steven P. Miner    on behalf of Debtor 1 Bridget E Stoneroad sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

ELUNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| BRIDGET E. STONEROAD<br>  Debtor | CASE NO.: 1-18-bk-04868-HWV |
| CHARLES J. DEHART, III, TRUSTEE<br>  Objectant | |
| vs. | |
| LCA- VISION, INC.<br>  Claimant | |

## ORDER

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No 18 of LCA-Vision, Inc. following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 18 of LCA-Vison, Inc. shall be deemed untimely filed.

Dated: July 2, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)