# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISON

In the Matter of:  Case No. 18-04868
Bridget E Stoneroad

## NOTICE OF CHANGE OF ADDRESS
## CHECK ONLY ONE

☐ **Debtor's Change of Address**

☑ **Creditor's Change of Address**

NAME: Atlas Acquisitions LLC

OLD MAILING ADDRESS: 294 Union St.

Hackensack, NJ 07601

NEW MAILING ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

Dated: November 4, 2020    /s/Avi Schild
Signature

REQUESTOR'S NAME: Avi Schild

ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

TELEPHONE NO.: 888.762.9889

bk@atlasacq.com