UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                          CASE NO.: 18-04868-HWV
                                                              CHAPTER 13
Bridget E Stoneroad,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Charles Wohlrab
      Charles Wohlrab, Esq.
      Email: CWohlrab@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRIDGET E STONEROAD
777 CHURCH STREET
MILLERSBURG, PA 17061

And via electronic mail to:

CALDWELL & KEARNS, P.C.
3631 N. FRONT STREET
HARRISBURG, PA 17110

JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE 8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Emi Oyebade