# EXHIBIT A

| Solarz, Rebecca Ann (aty) | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| | 1:15-bk-03887-HWV | Jennifer Kelley Brink | 13 | 9/10/2015 | N / A | N / A |
| | 1:16-bk-02830-HWV | Charles R. Johnson | 13 | 7/8/2016 | N / A | N / A |
| | 1:16-bk-03348-HWV | Ruth N Roldan | 13 | 8/12/2016 | N / A | N / A |
| | 1:16-bk-04581-HWV | Howard Lawson Babendreier | 13 | 11/8/2016 | N / A | N / A |
| | 1:17-bk-01375-HWV | Judy Ann Hiester and Christopher Allen Hiester | 13 | 4/4/2017 | N / A | N / A |
| | 1:17-bk-01654-HWV | Francis D Miller | 13 | 4/21/2017 | N / A | N / A |
| | 1:17-bk-01925-HWV | Wendy Wilson Miller | 13 | 5/10/2017 | N / A | N / A |
| | 1:17-bk-02376-HWV | Robert W Smith and Renee D Smith | 13 | 6/6/2017 | N / A | N / A |
| | 1:17-bk-02713-HWV | Brian Keith Lewis and Julie Lynn Lewis | 13 | 6/29/2017 | N / A | N / A |
| | 1:17-bk-02721-HWV | Angela Anessa Jamerson | 13 | 6/29/2017 | N / A | N / A |
| | 1:17-bk-02781-HWV | Charles Smith Braddy | 13 | 7/5/2017 | N / A | N / A |
| | 1:17-bk-03019-HWV | Eileen Ann Dellamonica | 13 | 7/21/2017 | N / A | N / A |
| | 1:17-bk-03100-HWV | Joshua E. Bergey | 13 | 7/27/2017 | N / A | N / A |
| | 1:17-bk-03268-HWV | John C. McClane and Penny J McClane | 13 | 8/8/2017 | N / A | N / A |
| | 1:17-bk-03477-HWV | Brian Robert Walker and Seanna Christina Walker | 13 | 8/23/2017 | N / A | N / A |
| | 1:17-bk-03557-HWV | David Mark Mobley and Brenda Sue Mobley | 13 | 8/29/2017 | N / A | N / A |
| | 1:17-bk-04685-HWV | Steven R. Barshinger and Karen A. Barshinger | 13 | 11/13/2017 | N / A | N / A |
| | 1:17-bk-04688-HWV | Patrick James Clay | 13 | 11/13/2017 | N / A | N / A |
| | 1:17-bk-04749-HWV | Kristin A. Marks | 13 | 11/17/2017 | N / A | N / A |
| | 1:17-bk-05067-HWV | Stuart David Seiberling and Nicole Lyn Seiberling | 13 | 12/8/2017 | N / A | N / A |
| | 1:17-bk-05295-HWV | George H Gruber, Jr. | 13 | 12/29/2017 | N / A | N / A |
| | 1:18-bk-00139-HWV | Natasha Marie Miller | 13 | 1/16/2018 | N / A | N / A |
| | 1:18-bk-00243-HWV | Kerry Travis Spangler and Lisa A Spangler | 13 | 1/23/2018 | N / A | N / A |
| | 1:18-bk-00395-HWV | Christopher M. Lincoln and Laurie Lincoln | 13 | 1/31/2018 | N / A | N / A |
| | 1:18-bk-00438-HWV | Scott W. Rotolo | 13 | 2/2/2018 | N / A | N / A |
| | 1:18-bk-00445-HWV | Peter-Justin Caleb Pettingell | 13 | 2/2/2018 | N / A | N / A |
| | 1:18-bk-00596-HWV | Andrew D. Vinson | 13 | 2/15/2018 | N / A | N / A |
| | 1:18-bk-00666-HWV | Carlos Garcia and Irma Miriam Garcia | 13 | 2/21/2018 | N / A | N / A |
| | 1:18-bk-00692-HWV | Keith E. Mauery | 13 | 2/22/2018 | N / A | N / A |
| | 1:18-bk-00743-HWV | Earl William Reidell, Jr and Brenda Ann Reidell | 13 | 2/26/2018 | N / A | N / A |

| Case Number | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:18-bk-00829-HWV | Frank S Szczepanski, Jr. | 13 | 2/28/2018 | N / A | N / A |
| 1:18-bk-00983-HWV | Joseph F. Bissett, Jr. and Amy R Bissett | 13 | 3/12/2018 | N / A | N / A |
| 1:18-bk-01052-HWV | Richard L. Ward | 13 | 3/15/2018 | N / A | N / A |
| 1:18-bk-01077-HWV | Kennith Eugene Young and Mary Alice Young | 13 | 3/19/2018 | N / A | N / A |
| 1:18-bk-01087-HWV | Harry Raymond Wharton and Denise Marie Wharton | 13 | 3/19/2018 | N / A | N / A |
| 1:18-bk-01588-HWV | Eric Jayson Moyer and Diana Moyer | 13 | 4/18/2018 | N / A | N / A |
| 1:18-bk-01871-HWV | Carrie Ann Quesenberry | 13 | 5/2/2018 | N / A | N / A |
| 1:18-bk-01882-HWV | Tarsha La'shaun Holmes-Taru and Jafar Taru | 13 | 5/3/2018 | N / A | N / A |
| 1:18-bk-02418-HWV | William V. Cornish and Pamala V. Cornish | 13 | 6/8/2018 | N / A | N / A |
| 1:18-bk-02669-HWV | Joshua Michael Earnshaw | 13 | 6/26/2018 | N / A | N / A |
| 1:18-bk-02704-HWV | Cheri Jo Fleisher and Heath Brian Fleisher | 13 | 6/27/2018 | N / A | N / A |
| 1:18-bk-02765-HWV | Mikele D. Miller | 13 | 6/29/2018 | N / A | N / A |
| 1:18-bk-02770-HWV | Tammy J Ruth-Jimenez | 13 | 6/29/2018 | N / A | N / A |
| 1:18-bk-02821-HWV | James C. Cammack and Brenda L. Cammack | 13 | 7/6/2018 | N / A | N / A |
| 1:18-bk-03200-HWV | Craig Allen Hall and Angela Denise Hall | 13 | 7/31/2018 | N / A | N / A |
| 1:18-bk-03287-HWV | Ebonnie Leavern Simmons-Hall | 13 | 8/3/2018 | N / A | N / A |
| 1:18-bk-03396-HWV | Scott D. Ziegler | 13 | 8/14/2018 | N / A | N / A |
| 1:18-bk-03400-HWV | Marian A Murphy | 13 | 8/15/2018 | N / A | N / A |
| 1:18-bk-03448-HWV | Anthony Alan Lougee | 13 | 8/20/2018 | N / A | N / A |
| 1:18-bk-03647-HWV | Lionel Brian Dolphin | 13 | 8/31/2018 | N / A | N / A |
| 1:18-bk-03695-HWV | Herbert Albert Ramos and Sue Ramos | 13 | 9/3/2018 | N / A | N / A |
| 1:18-bk-03969-HWV | Cory T. Vogel and Melissa A. Vogel | 13 | 9/21/2018 | N / A | N / A |
| 1:18-bk-04011-HWV | Evelio Rivera-Ramos and Monalisa Rivera | 13 | 9/25/2018 | N / A | N / A |
| 1:18-bk-04117-HWV | Aaron D Taylor and Cheryl Ann Taylor | 13 | 9/28/2018 | N / A | N / A |
| 1:18-bk-04217-HWV | Angela M. Fulwiley | 13 | 10/4/2018 | N / A | N / A |
| 1:18-bk-04343-HWV | Gregory B Edwards | 13 | 10/12/2018 | N / A | N / A |
| 1:18-bk-04403-HWV | Theodore Gasper and Tammy J Gasper | 13 | 10/17/2018 | N / A | N / A |
| 1:18-bk-04528-HWV | Karen M Trynoski | 13 | 10/25/2018 | N / A | N / A |
| 1:18-bk-04554-HWV | Matthew John Taylor | 13 | 10/26/2018 | N / A | N / A |
| 1:18-bk-04751-HWV | Daniel Ross Boyer, Sr. and Kathleen Teresa Boyer | 13 | 11/9/2018 | N / A | N / A |
| 1:18-bk-04825-HWV | Atreyu Jesse Thompson and Amber Nicole Thompson | 13 | 11/15/2018 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:18-bk-04868-HWV | Bridget E Stoneroad | 13 | 11/20/2018 | N / A | N / A |
| 1:18-bk-04956-HWV | Daniel Hillard Hiner and Michelle M Hiner | 13 | 11/27/2018 | N / A | N / A |
| 1:18-bk-05007-HWV | Timothy Keller Messner | 13 | 11/29/2018 | N / A | N / A |
| 1:18-bk-05174-HWV | Ryan Michael Trone | 13 | 12/10/2018 | N / A | N / A |
| 1:18-bk-05200-HWV | Ray E. Whittington, Jr. and Debra K. Whittington | 13 | 12/12/2018 | N / A | N / A |
| 1:18-bk-05320-HWV | James Peter Antonucci and Reth Antonucci | 13 | 12/20/2018 | N / A | N / A |
| 1:19-bk-00060-HWV | Daniel E. Bier | 13 | 1/7/2019 | N / A | N / A |
| 1:19-bk-00071-HWV | Keli N. Jaxheimer | 13 | 1/8/2019 | N / A | N / A |
| 1:19-bk-00152-HWV | Gary J. Stopyra, Sr. and Laurie A. Stopyra | 13 | 1/14/2019 | N / A | N / A |
| 1:19-bk-00153-HWV | Brian K. Barnhart | 13 | 1/14/2019 | N / A | N / A |
| 1:19-bk-00245-HWV | Reece Christopher Hardison and Lisa Marie Hinton Hardison | 13 | 1/21/2019 | N / A | N / A |
| 1:19-bk-00574-HWV | Hope L. Sanders | 13 | 2/8/2019 | N / A | N / A |
| 1:19-bk-00679-HWV | Omer Albert Higley | 13 | 2/18/2019 | N / A | N / A |
| 1:19-bk-00692-HWV | Ronald Lynn Morrison | 13 | 2/19/2019 | N / A | N / A |
| 1:19-bk-00807-HWV | John R Sebastian | 13 | 2/28/2019 | N / A | N / A |
| 1:19-bk-00835-HWV | Nichole Marie Hoffman | 13 | 2/28/2019 | N / A | N / A |
| 1:19-bk-00983-HWV | Daniel N Dickensheets and Shelly Mae Dickensheets | 13 | 3/12/2019 | N / A | N / A |
| 1:19-bk-01223-HWV | John E. DeLack | 13 | 3/27/2019 | N / A | N / A |
| 1:19-bk-01283-HWV | Kevin Michael Craig and Rachel Lynn Craig | 13 | 3/29/2019 | N / A | N / A |
| 1:19-bk-01346-HWV | David Allen McVicker, Sr and Stephanie Ann McVicker | 13 | 4/1/2019 | N / A | N / A |
| 1:19-bk-01352-HWV | Jeffrey Thomas Sawor and Suzanne M. Sawor | 13 | 4/2/2019 | N / A | N / A |
| 1:19-bk-01385-HWV | Alfred Warner Poole | 13 | 4/3/2019 | N / A | N / A |
| 1:19-bk-01589-HWV | Nichole L. Valle | 13 | 4/16/2019 | N / A | N / A |
| 1:19-bk-01623-HWV | Paul J. Rothrock and Amanda S. Kang | 13 | 4/18/2019 | N / A | N / A |
| 1:19-bk-01718-HWV | Mark L Snyder | 13 | 4/24/2019 | N / A | N / A |
| 1:19-bk-01816-HWV | Daryl E. Grubb, Jr. and Jessica E. Grubb | 13 | 4/29/2019 | N / A | N / A |
| 1:19-bk-01821-HWV | Timi S Wills | 13 | 4/29/2019 | N / A | N / A |
| 1:19-bk-01945-HWV | Bonnie E. Bakaric | 13 | 5/6/2019 | N / A | N / A |
| 1:19-bk-02055-HWV | Ashley Irene Small | 13 | 5/13/2019 | N / A | N / A |
| 1:19-bk-02150-HWV | Anthony Watlington, Jr. and Lindsey A. Watlington | 13 | 5/16/2019 | N / A | N / A |
| 1:19-bk-02198-HWV | Jeffrey A Borman, Sr | 13 | 5/21/2019 | N / A | N / A |
| 1:19-bk-02232-HWV | Mark A Joseph | 13 | 5/22/2019 | N / A | N / A |
| 1:19-bk-02237-HWV | John Dagenhart and Angella Dagenhart | 13 | 5/23/2019 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | Col5 | Col6 |
|---|---|---|---|---|---|
| 1:19-bk-02386-HWV | Ebin M. Russell and Glynis Denise Russell | 13 | 5/31/2019 | N / A | N / A |
| 1:19-bk-02388-HWV | Barbara Jean McClain | 13 | 5/31/2019 | N / A | N / A |
| 1:19-bk-02464-HWV | Robert C. Aungst | 13 | 6/6/2019 | N / A | N / A |
| 1:19-bk-02479-HWV | Charles E Howard | 13 | 6/6/2019 | N / A | N / A |
| 1:19-bk-02513-HWV | Theresa Elizabeth Oliver | 13 | 6/10/2019 | N / A | N / A |
| 1:19-bk-02781-HWV | Christopher J. Cornett and Angela M. Cornett | 13 | 6/27/2019 | N / A | N / A |
| 1:19-bk-02824-HWV | Silas Daniel Elkins and Staci Marie Elkins | 13 | 6/28/2019 | N / A | N / A |
| 1:19-bk-02953-HWV | Joseph Thomas Konupka, III | 13 | 7/10/2019 | N / A | N / A |
| 1:19-bk-02959-HWV | Joyce A. Mays | 13 | 7/10/2019 | N / A | N / A |
| 1:19-bk-03035-HWV | Brent M. McBeth | 13 | 7/15/2019 | N / A | N / A |
| 1:19-bk-03078-HWV | Steven Allen Freeman and Sandra Kay Freeman | 13 | 7/18/2019 | N / A | N / A |
| 1:19-bk-03185-HWV | Timothy Brian Henry, Sr. | 13 | 7/25/2019 | N / A | N / A |
| 1:19-bk-03204-HWV | Thomas William Gerhold | 13 | 7/26/2019 | N / A | N / A |
| 1:19-bk-03234-HWV | Anthony J. Kirsch, Sr. | 13 | 7/29/2019 | N / A | N / A |
| 1:19-bk-03269-HWV | Nicholas David Trout and Diana Elizabeth Trout | 13 | 7/30/2019 | N / A | N / A |
| 1:19-bk-03455-HWV | Daniel L. Williams | 13 | 8/13/2019 | N / A | N / A |
| 1:19-bk-03559-HWV | Shanna M. Ackerley | 13 | 8/23/2019 | N / A | N / A |
| 1:19-bk-03721-HWV | Laurel Elizabeth Kuehn | 13 | 9/3/2019 | N / A | N / A |
| 1:19-bk-03751-HWV | Jose A. Matos and Kelly M. Matos | 13 | 9/4/2019 | N / A | N / A |
| 1:19-bk-03853-HWV | Jason B. Hamilton and Christine Marie Hamilton | 13 | 9/11/2019 | N / A | N / A |
| 1:19-bk-03969-HWV | Cheryl A Desmond | 13 | 9/17/2019 | N / A | N / A |
| 1:19-bk-04009-HWV | Jerome Keith Holmes | 13 | 9/19/2019 | N / A | N / A |
| 1:19-bk-04194-HWV | Erin Rena Ball and Adam Christopher Ball | 13 | 9/28/2019 | N / A | N / A |
| 1:19-bk-04338-HWV | Janeen R Hawkins | 13 | 10/7/2019 | N / A | N / A |
| 1:19-bk-04360-HWV | Larry Donnell Rascoe and Michelle Charlene Rascoe | 13 | 10/8/2019 | N / A | N / A |
| 1:19-bk-04362-HWV | Julie Kay Smith | 13 | 10/8/2019 | N / A | N / A |
| 1:19-bk-04391-HWV | Tara Lynn Hall | 13 | 10/9/2019 | N / A | N / A |
| 1:19-bk-04392-HWV | Lynn H. Stoneroad | 13 | 10/9/2019 | N / A | N / A |
| 1:19-bk-04480-HWV | Shannon Marie Gingrich | 13 | 10/16/2019 | N / A | N / A |
| 1:19-bk-04521-HWV | Carl E. McKee | 13 | 10/21/2019 | N / A | N / A |
| 1:19-bk-04690-HWV | Michael Gibbs and Rechinda Palmer-Gibbs | 13 | 10/31/2019 | N / A | N / A |
| 1:19-bk-04723-HWV | Brandon Scott Lease | 13 | 11/1/2019 | N / A | N / A |
| 1:19-bk-04800-HWV | Crystal Nicole Richardson | 13 | 11/8/2019 | N / A | N / A |
| 1:19-bk-04941-HWV | Scott W. Wentzel and Christine L. Wentzel | 13 | 11/19/2019 | N / A | N / A |
| 1:19-bk-04995-HWV | Nicole Maureen Vance | 13 | 11/22/2019 | N / A | N / A |
| 1:19-bk-05095-HWV | Aric James Darroe | 13 | 11/29/2019 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | Col5 | Col6 |
|---|---|---|---|---|---|
| 1:19-bk-05163-HWV | Amanda D. Danuski | 7 | 12/5/2019 | N / A | N / A |
| 1:19-bk-05165-HWV | Carl S. Sidenstricker, Jr. | 13 | 12/5/2019 | N / A | N / A |
| 1:19-bk-05173-HWV | Allison J. Forguson | 13 | 12/5/2019 | N / A | N / A |
| 1:19-bk-05266-HWV | Lewis C. Furry, Jr. and Amy Jo Furry | 13 | 12/10/2019 | N / A | N / A |
| 1:19-bk-05362-HWV | Nicole A Snyder | 13 | 12/17/2019 | N / A | N / A |
| 1:20-bk-00081-HWV | Roger L. Tosten | 13 | 1/9/2020 | N / A | N / A |
| 1:20-bk-00112-HWV | Dianna L Jamison and Christopher E. Jamison | 13 | 1/13/2020 | N / A | N / A |
| 1:20-bk-00151-HWV | Christine D. Taylor | 13 | 1/16/2020 | N / A | N / A |
| 1:20-bk-00337-HWV | Shane Kauffman and Jennifer Kauffman | 13 | 1/31/2020 | N / A | N / A |
| 1:20-bk-00444-HWV | Dennis M. Habbert, Jr. | 13 | 2/7/2020 | N / A | N / A |
| 1:20-bk-00489-HWV | Luis A. Garcia | 13 | 2/10/2020 | N / A | N / A |
| 1:20-bk-00513-HWV | Robert Werner Wege and Nancy Elizabeth Wege | 13 | 2/11/2020 | N / A | N / A |
| 1:20-bk-00555-HWV | Edward Franklin Dabney and Angelea Michelle Jones | 13 | 2/14/2020 | N / A | N / A |
| 1:20-bk-00632-HWV | Dawn Alaine DeMaine | 13 | 2/21/2020 | N / A | N / A |
| 1:20-bk-00762-HWV | Patrick Eugene Kling and Wendy Marie Kling | 13 | 2/28/2020 | N / A | N / A |
| 1:20-bk-00765-HWV | Sheila L. Steinhoff | 13 | 2/28/2020 | N / A | N / A |
| 1:20-bk-00774-HWV | Monica Lafrances Altamura | 13 | 2/29/2020 | N / A | N / A |
| 1:20-bk-00829-HWV | Boraseth I. Tum | 13 | 3/4/2020 | N / A | N / A |
| 1:20-bk-00841-HWV | Craig Bradley Deimler and William Oliver Fisher-Deimler | 13 | 3/4/2020 | N / A | N / A |
| 1:20-bk-00848-HWV | Kerry Patrick Lance | 13 | 3/5/2020 | N / A | N / A |
| 1:20-bk-00866-HWV | David E. DeLong and Victoria S. DeLong | 13 | 3/6/2020 | N / A | N / A |
| 1:20-bk-00952-HWV | Andrew David Oyler-Esteves and Hector Esteves-Oyler | 13 | 3/11/2020 | N / A | N / A |
| 1:20-bk-01062-HWV | David M. Sullivan | 13 | 3/18/2020 | N / A | N / A |
| 1:20-bk-01169-HWV | Donald Jacob Burrs, Jr. and Joyce Melinda Burrs | 13 | 3/27/2020 | N / A | N / A |
| 1:20-bk-01194-HWV | Donald L. Crisp and Deborah E. Crisp | 13 | 3/31/2020 | N / A | N / A |
| 1:20-bk-01221-HWV | Larry D. Smith, Jr. | 13 | 3/31/2020 | N / A | N / A |
| 1:20-bk-01238-HWV | Kevin James Roth | 13 | 4/2/2020 | N / A | N / A |
| 1:20-bk-01242-HWV | Michael A. Mimoso and Amelie Mimoso | 13 | 4/3/2020 | N / A | N / A |
| 1:20-bk-01345-HWV | Anthony E Heindl, Jr. | 13 | 4/22/2020 | N / A | N / A |
| 1:20-bk-01386-HWV | Thomas I Burkhalter | 13 | 4/27/2020 | N / A | N / A |
| 1:20-bk-01416-HWV | James P. Scholze and Laura E. Scholze | 13 | 4/30/2020 | N / A | N / A |
| 1:20-bk-01436-HWV | Robert Steven Burn | 13 | 4/30/2020 | N / A | N / A |
| 1:20-bk-01526-HWV | Rachel Morris | 13 | 5/13/2020 | N / A | N / A |
| 1:20-bk-01555-HWV | William Bural Dudley, Sr | 13 | 5/18/2020 | N / A | N / A |
| 1:20-bk-01582-HWV | Shelli Rae Gordon | 13 | 5/20/2020 | N / A | N / A |

| Case | Debtor | Ch | Filed | Closed | Last Filing |
|---|---|---|---|---|---|
| 1:20-bk-01617-HWV | Michael William Croutz and Christen Marie Croutz | 13 | 5/26/2020 | N / A | N / A |
| 1:20-bk-01725-HWV | Larry Veron Hogg | 13 | 6/2/2020 | N / A | N / A |
| 1:20-bk-01788-HWV | Aaron Michael Lehman and Heather Lehman | 13 | 6/10/2020 | N / A | N / A |
| 1:20-bk-01891-HWV | Levi G. Daley | 13 | 6/19/2020 | N / A | N / A |
| 1:20-bk-01905-HWV | Albert Lermineaux | 13 | 6/23/2020 | N / A | N / A |
| 1:20-bk-01906-HWV | Melissa Jan Strayer | 13 | 6/23/2020 | N / A | N / A |
| 1:20-bk-01920-HWV | Timothy R Scott | 13 | 6/25/2020 | N / A | N / A |
| 1:20-bk-02309-HWV | Maurice L. Harsh and Kelly J Harsh | 13 | 7/31/2020 | N / A | N / A |
| 1:20-bk-02314-HWV | Shawn I. McCord | 13 | 7/31/2020 | N / A | N / A |
| 1:20-bk-02360-HWV | Justin A. Lang and Jamie L. Lang | 13 | 8/4/2020 | N / A | N / A |
| 1:20-bk-02366-HWV | Jason Daniel Ruppert | 13 | 8/5/2020 | N / A | N / A |
| 1:20-bk-02472-HWV | Marina Eleni Sarantos and Steven Maier | 13 | 8/18/2020 | N / A | N / A |
| 1:20-bk-02507-HWV | Walter E. Alexander, II and Melanie M. Alexander | 13 | 8/24/2020 | N / A | N / A |
| 1:20-bk-02518-HWV | Stephen C Molnar | 13 | 8/25/2020 | N / A | N / A |
| 1:20-bk-02533-HWV | Dale R Packard | 13 | 8/26/2020 | N / A | N / A |
| 1:20-bk-02545-HWV | David J. Fowble, Sr. and Tammy L. Fowble | 13 | 8/27/2020 | N / A | N / A |
| 1:20-bk-02563-HWV | Charles E. Osman and Doreen Osman | 13 | 8/28/2020 | N / A | N / A |
| 1:20-bk-02668-HWV | William Bennett Gourley and Kathleen Denise Gourley | 13 | 9/9/2020 | N / A | N / A |
| 1:20-bk-02758-HWV | Kate Wirt | 13 | 9/18/2020 | N / A | N / A |
| 1:20-bk-02759-HWV | Janet Marie Cordell | 13 | 9/18/2020 | N / A | N / A |
| 1:20-bk-02763-HWV | Allen G Stone and Carolyn A Stone | 13 | 9/18/2020 | N / A | N / A |
| 1:20-bk-02771-HWV | Ronald Eugene Carson and Robin Rene Carson | 13 | 9/20/2020 | N / A | N / A |
| 1:20-bk-02982-HWV | Matthew T. Bateman and Brenda L. Bateman | 13 | 10/8/2020 | N / A | N / A |
| 1:20-bk-03066-HWV | Vanessa L. Gambone | 13 | 10/19/2020 | N / A | N / A |
| 1:20-bk-03076-HWV | Jay P. Ackerman and Brenda M. Ackerman | 13 | 10/20/2020 | N / A | N / A |
| 1:20-bk-03201-HWV | Robert Ray Owens, Jr. | 13 | 10/30/2020 | N / A | N / A |
| 1:20-bk-03217-HWV | Stanley Charles Amey, Sr. | 13 | 11/2/2020 | N / A | N / A |
| 1:20-bk-03241-HWV | Brian C. Bogert, Jr. | 13 | 11/5/2020 | N / A | N / A |
| 1:20-bk-03254-HWV | Jeremie M. Thomas | 13 | 11/6/2020 | N / A | N / A |
| 1:20-bk-03270-HWV | David William Cline | 13 | 11/10/2020 | N / A | N / A |
| 1:20-bk-03295-HWV | Beth A Stine | 13 | 11/12/2020 | N / A | N / A |
| 1:20-bk-03376-HWV | Bradley E. Monninger and Susan M. Monninger | 13 | 11/24/2020 | N / A | N / A |
| 1:20-bk-03381-HWV | Larry D Bossler and Valerie A Bossler | 13 | 11/24/2020 | N / A | N / A |

| Case Number | Debtor Name | Ch | Date Filed | | |
|---|---|---|---|---|---|
| 1:20-bk-03448-HWV | Bilkisu Abubakar-Mohammed | 13 | 12/3/2020 | N / A | N / A |
| 1:20-bk-03513-HWV | Eugene Charles Conrad, Jr. and Crystal M. Conrad | 13 | 12/10/2020 | N / A | N / A |
| 1:20-bk-03573-HWV | Jeremy P Wagner and Whitney L. Wagner | 13 | 12/18/2020 | N / A | N / A |
| 1:20-bk-03596-HWV | Ileen D Hanse | 13 | 12/23/2020 | N / A | N / A |
| 1:21-bk-00032-HWV | Fitzroy Simeon Lewis and Heather Ann Lewis | 13 | 1/7/2021 | N / A | N / A |
| 1:21-bk-00054-HWV | Natalie R. Shank | 13 | 1/12/2021 | N / A | N / A |
| 1:21-bk-00119-HWV | Andrew W. Lentz and Deborah L Lentz | 13 | 1/21/2021 | N / A | N / A |
| 1:21-bk-00141-HWV | Nathan A. Stepler and Becky L. Stepler | 13 | 1/25/2021 | N / A | N / A |
| 1:21-bk-00142-HWV | John Albert Emkey and Tina Marie Emkey | 13 | 1/25/2021 | N / A | N / A |
| 1:21-bk-00230-HWV | Marie Elaine Burns | 13 | 2/5/2021 | N / A | N / A |
| 1:21-bk-00337-HWV | Lester Lawrence Vogelsong, Jr | 13 | 2/22/2021 | N / A | N / A |
| 1:21-bk-00349-HWV | Frank Breidenbach and Gwendolyn Teves Breidenbach | 13 | 2/23/2021 | N / A | N / A |
| 1:21-bk-00355-HWV | Steven D. Flickinger | 13 | 2/23/2021 | N / A | N / A |
| 1:21-bk-00418-HWV | Kasey J. Kirk | 13 | 3/2/2021 | N / A | N / A |
| 1:21-bk-00446-HWV | Angela L. Harris | 13 | 3/8/2021 | N / A | N / A |
| 1:21-bk-00471-HWV | Joseph Andrew Valenzia | 13 | 3/11/2021 | N / A | N / A |
| 1:21-bk-00708-HWV | Shawn C. Stroop and Amy R. Stroop | 13 | 3/31/2021 | N / A | N / A |
| 1:21-bk-00790-HWV | Salahudin Shahriar and Shagorika Shahriar | 13 | 4/9/2021 | N / A | N / A |
| 1:21-bk-00801-HWV | Mark Michael Reed | 13 | 4/10/2021 | N / A | N / A |
| 1:21-bk-00853-HWV | Patricia Anne Warner | 13 | 4/16/2021 | N / A | N / A |
| 1:21-bk-00901-HWV | Capri A. Fisher | 13 | 4/22/2021 | N / A | N / A |
| 1:21-bk-00991-HWV | Michael J. Petrilla, Jr. and Karen L. Petrilla | 13 | 4/30/2021 | N / A | N / A |
| 1:21-bk-01101-HWV | Matthew R. Knoche and Jennifer A. Knoche | 13 | 5/14/2021 | N / A | N / A |
| 1:21-bk-01372-HWV | Douglas Wayne Mitten | 13 | 6/18/2021 | N / A | N / A |
| 1:21-bk-01429-HWV | Demetrius D. Davis | 13 | 6/25/2021 | N / A | N / A |
| 1:21-bk-01456-HWV | Marcy L. Witmer | 13 | 6/29/2021 | N / A | N / A |
| 1:21-bk-01556-HWV | Takako Warehime | 13 | 7/12/2021 | N / A | N / A |
| 1:21-bk-01634-HWV | Scott Matthew Gyenes | 13 | 7/23/2021 | N / A | N / A |
| 1:21-bk-01674-HWV | Jeremiah W Maurice | 13 | 7/29/2021 | N / A | N / A |
| 1:21-bk-01678-HWV | Jason B. Cavanaugh and Demi L. Cavanaugh | 13 | 7/29/2021 | N / A | N / A |
| 1:21-bk-01757-HWV | Jeffery C Cunningham and Donna Mae Cunningham | 13 | 8/10/2021 | N / A | N / A |
| 1:21-bk-01819-HWV | William Harvey Goodling and Kelly Jean Goodling | 13 | 8/18/2021 | N / A | N / A |
| 1:21-bk-01826-HWV | Patti Y Hampton | 13 | 8/19/2021 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:21-bk-01853-HWV | Keith A. Halbleib | 13 | 8/23/2021 | N / A | N / A |
| 1:21-bk-01883-HWV | Brian Thomas Bivens and Chandra Mary Bivens | 13 | 8/27/2021 | N / A | N / A |
| 1:21-bk-01918-HWV | Peter Kenneth Sarago and Patricia A. Sarago | 13 | 8/31/2021 | N / A | N / A |
| 1:21-bk-01940-HWV | Eric M. Sheffer | 13 | 9/3/2021 | N / A | N / A |
| 1:21-bk-01990-HWV | Scott J Earnest | 13 | 9/13/2021 | N / A | N / A |
| 1:21-bk-02088-HWV | Cleason L Stoner, Sr. | 13 | 9/23/2021 | N / A | N / A |
| 1:21-bk-02143-HWV | Damon Nello Satterwhite | 13 | 9/29/2021 | N / A | N / A |
| 1:21-bk-02164-HWV | SueAnn E. Bruce | 13 | 9/30/2021 | N / A | N / A |
| 1:21-bk-02228-HWV | Michael Alan Dotson | 13 | 10/13/2021 | N / A | N / A |
| 1:21-bk-02240-HWV | Joseph Michael Klingler and Jaime Lynn Klingler | 13 | 10/14/2021 | N / A | N / A |
| 1:21-bk-02266-HWV | Judith M Thoman | 13 | 10/20/2021 | N / A | N / A |
| 1:21-bk-02417-HWV | Bruce L. Lebitz and Heidi L. Lebitz | 13 | 11/11/2021 | N / A | N / A |
| 1:21-bk-02420-HWV | Danielle Nicole Poole | 13 | 11/12/2021 | N / A | N / A |
| 1:21-bk-02438-HWV | Kevin Scott Kesecker | 13 | 11/15/2021 | N / A | N / A |
| 1:21-bk-02532-HWV | Roger Lee Ciuffo | 13 | 11/29/2021 | N / A | N / A |
| 1:21-bk-02542-HWV | Michael Anthony Cuff | 13 | 11/30/2021 | N / A | N / A |
| 1:21-bk-02606-HWV | Wendy Lee Keefe | 13 | 12/7/2021 | N / A | N / A |
| 1:21-bk-02637-HWV | Pamela Jo Calhoun | 13 | 12/14/2021 | N / A | N / A |
| 1:21-bk-02672-HWV | Ingrid Rivera | 13 | 12/20/2021 | N / A | N / A |
| 1:22-bk-00028-HWV | Andrew Charles Hoy | 13 | 1/10/2022 | N / A | N / A |
| 1:22-bk-00031-HWV | Aaron J Smith | 13 | 1/10/2022 | N / A | N / A |
| 1:22-bk-00036-HWV | Kenneth Patrick Ray | 13 | 1/11/2022 | N / A | N / A |
| 1:22-bk-00075-HWV | Divia D Hairston | 13 | 1/19/2022 | N / A | N / A |
| 1:22-bk-00100-HWV | Donald Eugene Walker and Glenda J Walker | 13 | 1/21/2022 | N / A | N / A |
| 1:22-bk-00246-HWV | Ruthlee S Gloss | 13 | 2/10/2022 | N / A | N / A |
| 1:22-bk-00261-HWV | Todd A. Stiles | 13 | 2/11/2022 | N / A | N / A |
| 1:22-bk-00282-HWV | Gina M. Chaney | 13 | 2/15/2022 | N / A | N / A |
| 1:22-bk-00311-HWV | Nicole Antoinette Brookins | 13 | 2/17/2022 | N / A | N / A |
| 1:22-bk-00312-HWV | Leticia Resendiz | 13 | 2/17/2022 | N / A | N / A |
| 1:22-bk-00424-HWV | Michael A. Grover and Heidi Faith Grover | 13 | 3/7/2022 | N / A | N / A |
| 1:22-bk-00455-HWV | Lyonel Jean-Louis | 13 | 3/10/2022 | N / A | N / A |
| 1:22-bk-00497-HWV | Laura E. Bayer | 13 | 3/18/2022 | N / A | N / A |
| 1:22-bk-00520-HWV | Dolores A Ramnath | 13 | 3/23/2022 | N / A | N / A |
| 1:22-bk-00530-HWV | Rhonda K. Rhodes-Fazenbaker | 13 | 3/24/2022 | N / A | N / A |
| 1:22-bk-00534-HWV | Garrette F. Roche, Jr. | 13 | 3/24/2022 | N / A | N / A |
| 1:22-bk-00636-HWV | Jeremy Lee Brininger | 13 | 4/7/2022 | N / A | N / A |
| 1:22-bk-00657-HWV | Anna M Yocum | 13 | 4/11/2022 | N / A | N / A |
| 1:22-bk-00707-HWV | Gerald L Motteler, Jr | 13 | 4/19/2022 | N / A | N / A |
| 1:22-bk-00783-HWV | Sean Andrew Hazard | 13 | 4/27/2022 | N / A | N / A |
| 1:22-bk-00818-HWV | Christine E. Hammond | 13 | 4/29/2022 | N / A | N / A |

| Case Number | Debtor(s) | Chapter | Filed Date | | |
|---|---|---|---|---|---|
| 1:22-bk-00849-HWV | David Earl French and Donna Marie French | 13 | 5/6/2022 | N / A | N / A |
| 1:22-bk-00900-HWV | Douglas Stephen Taylor and Noelle Denise Taylor | 13 | 5/13/2022 | N / A | N / A |
| 1:22-bk-00907-HWV | Brian M. Stojak | 13 | 5/13/2022 | N / A | N / A |
| 1:22-bk-00975-HWV | Andrew S Johnson | 13 | 5/25/2022 | N / A | N / A |
| 1:22-bk-01037-HWV | Michael D. Kale | 13 | 6/3/2022 | N / A | N / A |
| 1:22-bk-01049-HWV | Richard Horace Cole, Jr. and Shari W Cole | 13 | 6/6/2022 | N / A | N / A |
| 1:22-bk-01061-HWV | Brian Michael Chatfield | 13 | 6/7/2022 | N / A | N / A |
| 1:22-bk-01089-HWV | Michael Steven Gardner | 13 | 6/10/2022 | N / A | N / A |
| 1:22-bk-01106-HWV | Miguel I. Torres, Jr. | 7 | 6/14/2022 | N / A | N / A |
| 1:22-bk-01135-HWV | Phillip I. White, III | 13 | 6/20/2022 | N / A | N / A |
| 1:22-bk-01169-HWV | Richard P. Wilson | 7 | 6/23/2022 | N / A | N / A |
| 1:22-bk-01298-HWV | Shaun C. Palmer | 7 | 7/15/2022 | N / A | N / A |
| 1:22-bk-01353-HWV | Robert Allen Conte | 13 | 7/22/2022 | N / A | N / A |
| 1:22-bk-01409-HWV | Mark Robert Woodring | 13 | 7/29/2022 | N / A | N / A |
| 1:22-bk-01515-HWV | Alesha Anne Miller | 13 | 8/16/2022 | N / A | N / A |
| 1:22-bk-01524-HWV | Brandon Thomas Walton | 7 | 8/18/2022 | N / A | N / A |
| 1:22-bk-01579-HWV | Sherry A Gardner and Nicholas J Gardner, Jr | 13 | 8/25/2022 | N / A | N / A |
| 4:16-bk-00266-MJC | Paul G. Seif and Georganne M. Seif | 13 | 1/26/2016 | N / A | N / A |
| 4:17-bk-01953-MJC | Daniel M. Derosa, Jr. and Melanie L. Derosa | 13 | 5/11/2017 | N / A | N / A |
| 4:17-bk-04553-MJC | Michelle Lynn Grove | 13 | 10/31/2017 | N / A | N / A |
| 4:18-bk-00009-MJC | Mark A. Heintzelman | 13 | 1/3/2018 | N / A | N / A |
| 4:18-bk-00228-MJC | Bobbi DeHass Brumbaugh and Matthew J Brumbaugh | 13 | 1/22/2018 | N / A | N / A |
| 4:18-bk-05300-MJC | Jeramy P. Cox | 13 | 12/20/2018 | N / A | N / A |
| 4:19-bk-01330-MJC | Cynthia Sauter | 13 | 4/1/2019 | N / A | N / A |
| 4:19-bk-01537-MJC | Mark T. Hazelton and Sarah R. Hazelton | 12 | 4/12/2019 | N / A | N / A |
| 4:19-bk-02346-MJC | Fred Wayne Sheatler, II and Temmy A Sheatler | 13 | 5/31/2019 | N / A | N / A |
| 4:19-bk-02876-MJC | Matthew Albert Whary and Marsha Lynn Whary | 13 | 7/3/2019 | N / A | N / A |
| 4:19-bk-05367-MJC | Melinda J. Holderman and Victor C. Holderman | 13 | 12/17/2019 | N / A | N / A |
| 4:20-bk-00066-MJC | Carl R. Peters | 13 | 1/8/2020 | N / A | N / A |
| 4:20-bk-00095-MJC | Michael Anthony Fascinella and Ann Marie Fascinella | 13 | 1/9/2020 | N / A | N / A |
| 4:20-bk-00424-MJC | Rebecca A. Corradetti and Eugene A. Corradetti, III | 13 | 2/6/2020 | N / A | N / A |
| 4:20-bk-00880-MJC | Jodi L. Auker | 13 | 3/6/2020 | N / A | N / A |
| 4:20-bk-01125-MJC | Justin Teats and Kristie Teats | 13 | 3/24/2020 | N / A | N / A |
| 4:20-bk-01846-MJC | Christopher Dean Reid, Sr. | 13 | 6/16/2020 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | Closed | Discharged |
|---|---|---|---|---|---|
| 4:20-bk-02593-MJC | Erik Andreas Nybo and Heather Lee Nybo | 13 | 8/31/2020 | N / A | N / A |
| 4:21-bk-00803-MJC | Lora L. Pringle | 13 | 4/12/2021 | N / A | N / A |
| 4:21-bk-01186-MJC | Gary E Fohringer and Lois M Fohringer | 13 | 5/25/2021 | N / A | N / A |
| 4:21-bk-01917-MJC | David L. Yacko | 13 | 8/31/2021 | N / A | N / A |
| 4:22-bk-00113-MJC | Rebecca Jean Zimmerman | 13 | 1/25/2022 | N / A | N / A |
| 4:22-bk-00845-MJC | Bruce Edward Hoffman, Jr. and Nikki Lee Hoffman | 13 | 5/5/2022 | N / A | N / A |
| 4:22-bk-01601-MJC | James Paul Casher and Nylene M. Casher | 13 | 8/26/2022 | N / A | N / A |
| 5:15-bk-05272-MJC | Philip A. Goldstein and Sharon A. Goldstein | 13 | 12/9/2015 | N / A | N / A |
| 5:16-bk-04475-MJC | Edward Silfies and Kelly Elliott | 13 | 10/31/2016 | N / A | N / A |
| 5:16-bk-04599-MJC | Angel Medina and Shari Medina | 13 | 11/9/2016 | N / A | N / A |
| 5:16-bk-04965-MJC | Ismael Cruz | 13 | 12/6/2016 | N / A | N / A |
| 5:17-bk-02563-MJC | John Bruce Chilson and Terry Lee Chilson | 13 | 6/20/2017 | N / A | N / A |
| 5:17-bk-03318-MJC | Aliya Owens | 13 | 8/10/2017 | N / A | N / A |
| 5:17-bk-03423-MJC | Ana M. Gonzalez | 13 | 8/17/2017 | N / A | N / A |
| 5:17-bk-03891-MJC | Francis Paul Lecitshon, Jr. | 13 | 9/21/2017 | N / A | N / A |
| 5:17-bk-04641-MJC | George L. Casselbury and Jacqueline L. Casselbury | 13 | 11/8/2017 | N / A | N / A |
| 5:18-bk-00047-MJC | Faith Stead | 13 | 1/8/2018 | N / A | N / A |
| 5:18-bk-00755-MJC | John E. Redman, III | 13 | 2/26/2018 | N / A | N / A |
| 5:18-bk-01055-MJC | Rosa Arias | 13 | 3/16/2018 | N / A | N / A |
| 5:18-bk-01231-MJC | John R Kaub, Jr. | 13 | 3/28/2018 | N / A | N / A |
| 5:18-bk-01302-MJC | Frank J. Trzcinski and Erika Danielle Trzcinski | 13 | 3/29/2018 | N / A | N / A |
| 5:18-bk-01995-MJC | Scott Palmer Holmes | 13 | 5/11/2018 | N / A | N / A |
| 5:18-bk-02200-HWV | John R. Krok and Amanda L. Krok | 13 | 5/29/2018 | N / A | N / A |
| 5:18-bk-02247-MJC | Felix Antonio Rivera | 13 | 5/30/2018 | N / A | N / A |
| 5:18-bk-02532-MJC | Lois-Jean Cescilia Benjamin | 13 | 6/13/2018 | N / A | N / A |
| 5:18-bk-02692-MJC | Amber Nicole Lewis and James Paul Lewis,, Jr. | 13 | 6/27/2018 | N / A | N / A |
| 5:18-bk-02845-MJC | Mary Ann Leona Mallets | 13 | 7/9/2018 | N / A | N / A |
| 5:18-bk-03124-MJC | Regina M Dreher | 13 | 7/27/2018 | N / A | N / A |
| 5:18-bk-03141-MJC | Joseph M Ragona, III and Kathleen Ragona | 13 | 7/30/2018 | N / A | N / A |
| 5:18-bk-03198-MJC | Rickey O. Brathwaite | 13 | 7/31/2018 | N / A | N / A |
| 5:18-bk-03820-MJC | David T. Schwartz | 13 | 9/13/2018 | N / A | N / A |
| 5:18-bk-03842-MJC | Jacqueline Oporto | 13 | 9/13/2018 | N / A | N / A |
| 5:18-bk-03915-MJC | Marcelles Rudolph Toussaint | 13 | 9/19/2018 | N / A | N / A |
| 5:18-bk-04426-MJC | Billie J Levan | 13 | 10/18/2018 | N / A | N / A |
| 5:18-bk-04456-MJC | Barry Francioni | 13 | 10/22/2018 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | | |
|---|---|---|---|---|---|
| 5:18-bk-04471-MJC | Desiree E. Rhymer | 13 | 10/23/2018 | N / A | N / A |
| 5:18-bk-04709-MJC | Thomas S. Stefansky and Sandra M. Stefansky | 13 | 11/6/2018 | N / A | N / A |
| 5:18-bk-04753-MJC | Michael A Cerciello | 13 | 11/9/2018 | N / A | N / A |
| 5:18-bk-04978-MJC | Julie Nicole Smith | 13 | 11/28/2018 | N / A | N / A |
| 5:18-bk-05146-MJC | Vasa Ardelean, Jr. and Ana Ardelean | 13 | 12/6/2018 | N / A | N / A |
| 5:18-bk-05281-MJC | Jack Stevenson Bogart, Jr. | 13 | 12/18/2018 | N / A | N / A |
| 5:19-bk-00112-MJC | Kenneth H Born | 13 | 1/10/2019 | N / A | N / A |
| 5:19-bk-00120-MJC | Joseph E Stahurski | 13 | 1/10/2019 | N / A | N / A |
| 5:19-bk-00219-MJC | Julia A. Marinez | 13 | 1/18/2019 | N / A | N / A |
| 5:19-bk-00381-HWV | Scott A Bartolacci | 13 | 1/30/2019 | N / A | N / A |
| 5:19-bk-00443-MJC | Patricia Lynn Weiss and Thomas Barry Weiss | 13 | 1/31/2019 | N / A | N / A |
| 5:19-bk-00498-MJC | Timothy M. Zabielski | 13 | 2/5/2019 | N / A | N / A |
| 5:19-bk-00693-MJC | Blaine C. Fardella | 13 | 2/19/2019 | N / A | N / A |
| 5:19-bk-00714-MJC | Henry William Thiel, Jr. and Ann Louise Thiel | 13 | 2/21/2019 | N / A | N / A |
| 5:19-bk-00761-MJC | Ruth Gouse | 13 | 2/26/2019 | N / A | N / A |
| 5:19-bk-00887-MJC | James Joseph Hughes, Sr. and Ashley Ann Hughes | 13 | 3/4/2019 | N / A | N / A |
| 5:19-bk-01052-MJC | Nicholas S Wiest | 13 | 3/17/2019 | N / A | N / A |
| 5:19-bk-01054-MJC | Melissa Bigelow | 13 | 3/18/2019 | N / A | N / A |
| 5:19-bk-01087-MJC | Clarence Danny Tarvin | 13 | 3/19/2019 | N / A | N / A |
| 5:19-bk-01555-MJC | Thomas R. Guiffre | 13 | 4/12/2019 | N / A | N / A |
| 5:19-bk-01866-MJC | Patrick Thomas Kennedy and Marie Ann Kennedy | 13 | 4/30/2019 | N / A | N / A |
| 5:19-bk-01991-MJC | James Simmons and Keisha Simmons | 13 | 5/8/2019 | N / A | N / A |
| 5:19-bk-01997-MJC | Tina Williams | 13 | 5/8/2019 | N / A | N / A |
| 5:19-bk-02089-MJC | Noel Andujar | 13 | 5/14/2019 | N / A | N / A |
| 5:19-bk-02097-MJC | Dorothy Ann Daniels and Don D Daniels | 13 | 5/14/2019 | N / A | N / A |
| 5:19-bk-02509-MJC | Morgen R Hatton | 13 | 6/9/2019 | N / A | N / A |
| 5:19-bk-02633-MJC | Gary Waszcyszak | 13 | 6/18/2019 | N / A | N / A |
| 5:19-bk-02859-MJC | Frederick G. Heller, III and Kristine Carmen Heller | 13 | 7/2/2019 | N / A | N / A |
| 5:19-bk-03232-MJC | Paul Joseph Materniak and Lisa Marie Materniak | 13 | 7/29/2019 | N / A | N / A |
| 5:19-bk-03333-MJC | Lourdes E. Rosario | 13 | 8/1/2019 | N / A | N / A |
| 5:19-bk-03415-HWV | Christine M. Griffin | 13 | 8/9/2019 | N / A | N / A |
| 5:19-bk-03433-MJC | Donna M Brennan | 13 | 8/9/2019 | N / A | N / A |
| 5:19-bk-03493-MJC | Russell Owen Elgin, Jr. | 13 | 8/16/2019 | N / A | N / A |
| 5:19-bk-03539-MJC | Michael C. Milbrodt and Debra A. Milbrodt | 13 | 8/21/2019 | N / A | N / A |
| 5:19-bk-03609-MJC | Carol Marie Brown-Papp | 13 | 8/26/2019 | N / A | N / A |
| 5:19-bk-03837-MJC | Ryan M Degillio | 13 | 9/10/2019 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | | |
|---|---|---|---|---|---|
| 5:19-bk-03869-MJC | Joseph S Petros | 13 | 9/11/2019 | N / A | N / A |
| 5:19-bk-04098-HWV | Coleen Burns | 13 | 9/25/2019 | N / A | N / A |
| 5:19-bk-04208-MJC | Germain W. Joyner | 13 | 9/30/2019 | N / A | N / A |
| 5:19-bk-04456-MJC | Gina Louise Guerin | 13 | 10/15/2019 | N / A | N / A |
| 5:19-bk-04644-MJC | Michael Eric Chlebowski and Jessica Lynne Chlebowski | 13 | 10/30/2019 | N / A | N / A |
| 5:19-bk-04684-MJC | Michael W Rogers and Fallon J Rogers | 13 | 10/31/2019 | N / A | N / A |
| 5:19-bk-04823-MJC | Ryan C. Binkley and Vanessa R. Binkley | 13 | 11/12/2019 | N / A | N / A |
| 5:19-bk-04938-MJC | Devin K. Itjen and Gloria Adriana Itjen | 13 | 11/19/2019 | N / A | N / A |
| 5:19-bk-05127-MJC | Rebecca Ann Miller | 13 | 12/3/2019 | N / A | N / A |
| 5:19-bk-05170-MJC | Jerry B Walker | 13 | 12/5/2019 | N / A | N / A |
| 5:19-bk-05276-MJC | Michael Francis Barhight and Jennifer Eileen Barhight | 13 | 12/11/2019 | N / A | N / A |
| 5:19-bk-05304-MJC | Stephanie Ann Swetter-Jones | 13 | 12/12/2019 | N / A | N / A |
| 5:20-bk-00141-MJC | Joseph John Kuehner,, III | 13 | 1/15/2020 | N / A | N / A |
| 5:20-bk-00259-MJC | Jeanetta Denise Canty-Johnson | 13 | 1/24/2020 | N / A | N / A |
| 5:20-bk-00279-MJC | Isabel Belinda Acevedo | 13 | 1/28/2020 | N / A | N / A |
| 5:20-bk-00284-MJC | John Hebal, Jr. | 13 | 1/28/2020 | N / A | N / A |
| 5:20-bk-00301-MJC | Deborah J. Sinatra | 13 | 1/29/2020 | N / A | N / A |
| 5:20-bk-00355-MJC | Kenya S. Starkes | 13 | 1/31/2020 | N / A | N / A |
| 5:20-bk-00500-MJC | Renee Ann Rusnock | 13 | 2/10/2020 | N / A | N / A |
| 5:20-bk-00544-MJC | Marc Julien | 13 | 2/13/2020 | N / A | N / A |
| 5:20-bk-00681-MJC | Latasha S. Calloway | 13 | 2/26/2020 | N / A | N / A |
| 5:20-bk-00691-MJC | David Todd Jaeder | 13 | 2/26/2020 | N / A | N / A |
| 5:20-bk-00743-MJC | Glen Paul Younker | 13 | 2/28/2020 | N / A | N / A |
| 5:20-bk-00795-MJC | Chong Yon Huber | 13 | 3/2/2020 | N / A | N / A |
| 5:20-bk-00832-MJC | Marjorie Eugene Antenor | 13 | 3/4/2020 | N / A | N / A |
| 5:20-bk-00943-MJC | Kashique Bobb Duberry | 13 | 3/11/2020 | N / A | N / A |
| 5:20-bk-00981-MJC | Todd P. Shartle | 13 | 3/13/2020 | N / A | N / A |
| 5:20-bk-01367-MJC | Erica M. Williams | 13 | 4/24/2020 | N / A | N / A |
| 5:20-bk-01410-MJC | Melissa N. O'Grady | 13 | 4/29/2020 | N / A | N / A |
| 5:20-bk-01576-MJC | Alicia Clyburn Bethea | 13 | 5/20/2020 | N / A | N / A |
| 5:20-bk-01625-MJC | Cindy Marie Schreffler | 13 | 5/26/2020 | N / A | N / A |
| 5:20-bk-01690-MJC | Edward Anthony Schwarz and Julie Joyce Schwarz | 13 | 5/30/2020 | N / A | N / A |
| 5:20-bk-01706-MJC | Paul R. Schertrumpf | 13 | 5/31/2020 | N / A | N / A |
| 5:20-bk-01750-MJC | Raymond James Smollin | 13 | 6/5/2020 | N / A | N / A |
| 5:20-bk-01821-MJC | Nancy J. Gallagher | 13 | 6/12/2020 | N / A | N / A |
| 5:20-bk-02039-MJC | Lawrence Angelo Walsh and Carolyn Irene Walsh | 13 | 7/3/2020 | N / A | N / A |
| 5:20-bk-02070-MJC | Tirbhowan Bisnauth and Mooldevi Bisnauth | 13 | 7/8/2020 | N / A | N / A |
| 5:20-bk-02231-MJC | Thomas Albert Miller, Jr. | 13 | 7/25/2020 | N / A | N / A |

| Case Number | Debtor(s) | Chapter | Filed Date | | |
|---|---|---|---|---|---|
| 5:20-bk-02264-MJC | Delroy Alexander Skeen | 13 | 7/29/2020 | N / A | N / A |
| 5:20-bk-02417-HWV | Vito J. Pizzo | 13 | 8/12/2020 | N / A | N / A |
| 5:20-bk-02523-MJC | James Karnes and Lorrie Karnes | 13 | 8/25/2020 | N / A | N / A |
| 5:20-bk-02530-MJC | William J. Daniels | 13 | 8/26/2020 | N / A | N / A |
| 5:20-bk-02542-MJC | June Laurie Reich | 13 | 8/26/2020 | N / A | N / A |
| 5:20-bk-02617-MJC | Michael William Henning | 13 | 9/1/2020 | N / A | N / A |
| 5:20-bk-02639-MJC | Jack Jin Shen and Ming Chih Shen | 13 | 9/3/2020 | N / A | N / A |
| 5:20-bk-02682-MJC | MaryEllen Payne | 13 | 9/9/2020 | N / A | N / A |
| 5:20-bk-02872-MJC | Stephen A. McTernan | 13 | 9/29/2020 | N / A | N / A |
| 5:20-bk-03033-MJC | Eric W. Steinmetz | 13 | 10/15/2020 | N / A | N / A |
| 5:20-bk-03082-MJC | Kathy Ann Gerber | 13 | 10/20/2020 | N / A | N / A |
| 5:20-bk-03106-MJC | Brian Stanley Sawecki and Catherine Marie Sawecki | 13 | 10/22/2020 | N / A | N / A |
| 5:20-bk-03239-MJC | Frank Franzo and Linda Susan Franzo | 13 | 11/5/2020 | N / A | N / A |
| 5:20-bk-03276-MJC | Kenneth Alston | 13 | 11/10/2020 | N / A | N / A |
| 5:20-bk-03324-MJC | Kenneth Eugene Herritt and Shelly Ann Storper | 13 | 11/17/2020 | N / A | N / A |
| 5:20-bk-03402-MJC | Angela S Schreck | 13 | 11/28/2020 | N / A | N / A |
| 5:20-bk-03544-MJC | Gary V. Primeau and Christine Marie Primeau | 13 | 12/14/2020 | N / A | N / A |
| 5:20-bk-03637-MJC | Robert Fasano and Francesca Fasano | 13 | 12/29/2020 | N / A | N / A |
| 5:21-bk-00065-MJC | Debra L Featherman | 13 | 1/13/2021 | N / A | N / A |
| 5:21-bk-00076-MJC | Jackie Onhvandy | 13 | 1/14/2021 | N / A | N / A |
| 5:21-bk-00133-MJC | William Howard Hewitt | 13 | 1/22/2021 | N / A | N / A |
| 5:21-bk-00145-MJC | John M. Van Buskirk, Jr. | 13 | 1/25/2021 | N / A | N / A |
| 5:21-bk-00166-MJC | James Richard Beer, Jr. | 13 | 1/26/2021 | N / A | N / A |
| 5:21-bk-00169-MJC | Roy A. Hendricks | 13 | 1/27/2021 | N / A | N / A |
| 5:21-bk-00181-MJC | Dawn Michele Mead | 13 | 1/28/2021 | N / A | N / A |
| 5:21-bk-00268-MJC | Jeffrey W. Ward | 13 | 2/10/2021 | N / A | N / A |
| 5:21-bk-00280-MJC | Marjohn Cauchi and Antoinette Tania Cauchi | 13 | 2/12/2021 | N / A | N / A |
| 5:21-bk-00382-MJC | Harold Thomas Neaus | 13 | 2/25/2021 | N / A | N / A |
| 5:21-bk-00424-MJC | Karina L. Matos | 13 | 3/3/2021 | N / A | N / A |
| 5:21-bk-00538-MJC | Jose A. Diaz and Albanelis Diaz | 13 | 3/19/2021 | N / A | N / A |
| 5:21-bk-00583-MJC | John M. Julian | 13 | 3/22/2021 | N / A | N / A |
| 5:21-bk-00672-MJC | Miguel Angel Garcia | 13 | 3/30/2021 | N / A | N / A |
| 5:21-bk-00680-HWV | Deborah Ann Mackarevich | 13 | 3/30/2021 | N / A | N / A |
| 5:21-bk-00786-MJC | Thomas James Kenneally | 13 | 4/9/2021 | N / A | N / A |
| 5:21-bk-00847-MJC | Christopher J. Curry | 13 | 4/16/2021 | N / A | N / A |
| 5:21-bk-00871-MJC | Sharon A. Koezeno | 13 | 4/20/2021 | N / A | N / A |
| 5:21-bk-01009-MJC | Lee Michael Solsman | 13 | 5/4/2021 | N / A | N / A |

| Case Number | Debtor(s) | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 5:21-bk-01181-MJC | Rolland T. Cheesman, III and Deiatra D. Cheesman | 13 | 5/25/2021 | N / A | N / A |
| 5:21-bk-01247-MJC | Michael Dellock | 13 | 5/28/2021 | N / A | N / A |
| 5:21-bk-01311-MJC | Alan Scott Cunningham | 13 | 6/10/2021 | N / A | N / A |
| 5:21-bk-01411-MJC | Antoinette Marie Barnes | 13 | 6/23/2021 | N / A | N / A |
| 5:21-bk-01467-MJC | Corenia S. Sirota | 13 | 6/29/2021 | N / A | N / A |
| 5:21-bk-01470-MJC | Millicent R. During | 13 | 6/30/2021 | N / A | N / A |
| 5:21-bk-01483-MJC | Dyann Daylida | 13 | 6/30/2021 | N / A | N / A |
| 5:21-bk-01554-MJC | Eileen Benfield | 13 | 7/12/2021 | N / A | N / A |
| 5:21-bk-01557-MJC | Jaimee Marie Haydt | 13 | 7/12/2021 | N / A | N / A |
| 5:21-bk-01571-MJC | Ricky Terrymore Samuels and Karen Angela Samuels | 13 | 7/14/2021 | N / A | N / A |
| 5:21-bk-01644-MJC | Timothy D. Newhart | 13 | 7/23/2021 | N / A | N / A |
| 5:21-bk-01655-MJC | Dennis O. Johns | 13 | 7/26/2021 | N / A | N / A |
| 5:21-bk-01784-HWV | Elizabeth L. Boyle | 13 | 8/13/2021 | N / A | N / A |
| 5:21-bk-01801-MJC | Terrence M Faust and Michelle P Faust | 13 | 8/16/2021 | N / A | N / A |
| 5:21-bk-01868-MJC | Joseph Capurso | 13 | 8/25/2021 | N / A | N / A |
| 5:21-bk-02046-MJC | Denise M Riccio | 13 | 9/20/2021 | N / A | N / A |
| 5:21-bk-02069-MJC | Edward Eugene Hinterliter | 13 | 9/22/2021 | N / A | N / A |
| 5:21-bk-02095-MJC | Lakhwinder Singh and Heather Lynn Singh | 13 | 9/23/2021 | N / A | N / A |
| 5:21-bk-02192-MJC | Bryan Harry Gottstein and Beverly Ann Gottstein | 13 | 10/5/2021 | N / A | N / A |
| 5:21-bk-02301-MJC | Robert Walter Blaszak, Jr. | 13 | 10/26/2021 | N / A | N / A |
| 5:21-bk-02317-MJC | Jacqueline Mercedes Moore-Price | 13 | 10/27/2021 | N / A | N / A |
| 5:21-bk-02372-MJC | Kimberly Diane Hull | 13 | 11/4/2021 | N / A | N / A |
| 5:21-bk-02432-MJC | Keiri Yennisel Concepcion | 13 | 11/12/2021 | N / A | N / A |
| 5:21-bk-02442-MJC | Mark Joseph Kosek and Carol Lyn Kosek | 13 | 11/15/2021 | N / A | N / A |
| 5:21-bk-02461-MJC | Cathy Anne Wruble | 13 | 11/17/2021 | N / A | N / A |
| 5:21-bk-02467-MJC | Martha Luisa Almanza | 13 | 11/18/2021 | N / A | N / A |
| 5:21-bk-02689-MJC | Joseph Wongbe Cooper and Wanda Lynn Cooper | 13 | 12/22/2021 | N / A | N / A |
| 5:22-bk-00116-MJC | Kathleen Lora Falzarano | 13 | 1/25/2022 | N / A | N / A |
| 5:22-bk-00155-MJC | Juana Ortiz | 13 | 1/28/2022 | N / A | N / A |
| 5:22-bk-00188-MJC | Charles J Gedman and Georgianne Gedman | 13 | 2/2/2022 | N / A | N / A |
| 5:22-bk-00285-MJC | Galbert John | 13 | 2/15/2022 | N / A | N / A |
| 5:22-bk-00288-MJC | Julienne Mullette | 13 | 2/15/2022 | N / A | N / A |
| 5:22-bk-00332-MJC | Rupert Nathaniel Isaac, Jr | 13 | 2/21/2022 | N / A | N / A |
| 5:22-bk-00419-MJC | Erica Lelah Berta | 13 | 3/4/2022 | N / A | N / A |
| 5:22-bk-00569-MJC | Deborah L Boyle | 13 | 3/30/2022 | N / A | N / A |
| 5:22-bk-00590-MJC | Mark Loftus | 13 | 3/31/2022 | N / A | N / A |
| 5:22-bk-00611-MJC | Joseph Yeboah | 13 | 4/1/2022 | N / A | N / A |
| 5:22-bk-00673-MJC | Amy L. Hill | 13 | 4/12/2022 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 5:22-bk-00714-MJC | Robert M. Dukett | 13 | 4/19/2022 | N / A | N / A |
| 5:22-bk-00772-MJC | Sean M Bing | 7 | 4/26/2022 | N / A | N / A |
| 5:22-bk-00803-MJC | Sandra Marie Banks | 7 | 4/29/2022 | N / A | N / A |
| 5:22-bk-00911-MJC | John W. Dawe | 7 | 5/14/2022 | N / A | N / A |
| 5:22-bk-00963-MJC | John Beech Gonzalez | 13 | 5/24/2022 | N / A | N / A |
| 5:22-bk-01083-MJC | Paul Hrywnak, Jr. | 13 | 6/9/2022 | N / A | N / A |
| 5:22-bk-01097-MJC | Dina Marie Andujar | 13 | 6/13/2022 | N / A | N / A |
| 5:22-bk-01115-MJC | Jeffrey J. Ritsick | 7 | 6/15/2022 | N / A | N / A |
| 5:22-bk-01198-MJC | Gail LaVern Harrell | 13 | 6/29/2022 | N / A | N / A |
| 5:22-bk-01239-MJC | Kenneth J Moss and Ninnette E Moss | 13 | 7/6/2022 | N / A | N / A |
| 5:22-bk-01258-MJC | John R. Waznak | 13 | 7/7/2022 | N / A | N / A |
| 5:22-bk-01264-MJC | Matthew J Mayernick | 13 | 7/10/2022 | N / A | N / A |
| 5:22-bk-01307-MJC | Erkan Bacaz | 13 | 7/18/2022 | N / A | N / A |
| 5:22-bk-01368-MJC | Laura A Butler | 13 | 7/26/2022 | N / A | N / A |
| 5:22-bk-01379-MJC | Wilfred Lee Mungro | 13 | 7/27/2022 | N / A | N / A |
| 5:22-bk-01381-MJC | Robert John Korda | 13 | 7/27/2022 | N / A | N / A |
| 5:22-bk-01499-MJC | Richard George Fassett, Sr and Ruth Ann Fassett | 13 | 8/12/2022 | N / A | N / A |
| 5:22-bk-01535-MJC | Ruica Lesley Thomas-Gilliam | 13 | 8/19/2022 | N / A | N / A |
| 5:22-bk-01550-MJC | Iulian Bika and Christina Bika | 7 | 8/22/2022 | N / A | N / A |
| 5:22-bk-01617-MJC | Alrick Troy Emerson Marner and Tameka Elizabeth Williams | 13 | 8/30/2022 | N / A | N / A |
| 5:22-bk-01642-MJC | Mary Stravinski | 13 | 9/1/2022 | N / A | N / A |