# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-04868** |
| **Bridget E Stoneroad** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Alyk L. Oflazian.
    Contact email is ALOflazian@manleydeas.com

22-031832_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-04868** |
| **Bridget E Stoneroad** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Steven P. Miner, Attorney for Bridget E Stoneroad, sminer@daleyzucker.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Bridget E Stoneroad, 777 Church Street, Millersburg, PA 17061

/s/ Alyk L. Oflazian

22-031832_PS