## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Bridget E. Stoneroad  
               Debtor(s)

BK NO. 18-04868 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust II and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ Michael Farrington  
                                           Michael Farrington  
                                           27 Feb 2023, 11:09:36, EST

                                           KML Law Group, P.C.  
                                           BNY Mellon Independence Center  
                                           701 Market Street, Suite 5000  
                                           Philadelphia, PA  19106  
                                           215-627-1322

Document ID: a2a0b77e39cf8cb36cb547fcf5f73205c53f97ddef4fc2af7f28ab2b1523743e