United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04868-HWV
Bridget E Stoneroad  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4
Date Rcvd: Nov 16, 2023  Form ID: 3180W  Total Noticed: 49

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bridget E Stoneroad, 777 Church Street, Millersburg, PA 17061-2108 |
| 5132158 | + | Credit One Bank, c/o Eastpoint Recovery Group, Inc., 1807 Elmwood Ave, Buffalo, NY 14207-2469 |
| 5132161 | + | Lasik Financing, 7840 Montgomery Road, Cincinnati, OH 45236-4301 |
| 5132162 | + | Michael L. Stoneroad, 182 Klinger Road, Millersburg, PA 17061-8714 |
| 5132165 | ++++ | PAYPAL CREDIT, C/O AMERICAN CORADIUS INTERNATIONAL, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, Paypal Credit, c/o American Coradius International, 35A Rust Lane, Boerne, TX 78006 |
| 5132166 | + | Penn Credit Corporation, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 5132169 | ++ | RECOVERY ONE LLC, PO BOX 20404, COLUMBUS OH 43220-0404 address filed with court:, Recovery One, Attn: Bankruptcy Department, 3240 Henderson Road, Columbus, OH 43220 |
| 5527945 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5527946 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, UMB Bank, National Association, not in i Serviced by Select Portfolio Servicing, |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 16 2023 23:42:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 16 2023 18:39:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2023 18:39:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5148462 | | EDI: ATLASACQU | Nov 16 2023 23:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane Ste 442, Teaneck, NJ 07666 |
| 5132149 | + | EDI: GMACFS.COM | Nov 16 2023 23:42:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5424246 | + | EDI: AISACG.COM | Nov 16 2023 23:42:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5147242 | | EDI: GMACFS.COM | Nov 16 2023 23:42:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5132150 | + | EDI: RMSC.COM | Nov 16 2023 23:42:00 | American Eagle/Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| 5143604 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2023 18:56:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5132151 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2023 18:56:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5132152 | + | Email/Text: rperez@arcadiarecovery.com | Nov 16 2023 18:39:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 5132153 | + | EDI: TSYS2 | Nov 16 2023 23:42:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5132154 | + | EDI: LCIBAYLN | Nov 16 2023 23:42:00 | Bayview Financial Loan, Attn: Bankruptcy Dept Blvd, 4425 Ponce De Leon, Miami, FL 33146-1873 |
| 5155799 | + | EDI: LCIBAYLN | Nov 16 2023 23:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5134427 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2023 18:45:22 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5132155 | + | EDI: CAPITALONE.COM | Nov 16 2023 23:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5145590 | | EDI: CAPITALONE.COM | Nov 16 2023 23:42:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5143633 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2023 18:55:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5132156 | + | Email/Text: bankruptcy@cavps.com | Nov 16 2023 18:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 5133395 | + | Email/Text: bankruptcy@cavps.com | Nov 16 2023 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5368272 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 16 2023 18:39:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5368271 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 16 2023 18:39:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5132157 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2023 18:45:26 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5132159 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2023 18:45:22 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 5132172 | | EDI: CITICORP.COM | Nov 16 2023 23:42:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5155365 | | EDI: Q3G.COM | Nov 16 2023 23:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5132160 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 16 2023 18:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5158487 | + | Email/Text: Financing@LCA.com | Nov 16 2023 18:39:00 | LCA Vision, 7840 Montgomery Road, Cincinnati, OH 45236-4348 |
| 5132163 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2023 18:39:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5149637 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2023 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5505325 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5505324 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 16 2023 18:39:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261, Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| | | | Nov 16 2023 18:39:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 5154980 | | EDI: PRA.COM | Nov 16 2023 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5132996 | + | EDI: RECOVERYCORP.COM | Nov 16 2023 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5132167 | + | EDI: RECOVERYCORP.COM | Nov 16 2023 23:42:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5132168 | + | Email/Text: ngisupport@radiusgs.com | Nov 16 2023 18:39:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5132170 | + | EDI: RMSC.COM | Nov 16 2023 23:42:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 5155648 | + | Email/Text: bncmail@w-legal.com | Nov 16 2023 18:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5132171 | + | EDI: WTRRNBANK.COM | Nov 16 2023 23:42:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 5132173 | ^ | MEBN | Nov 16 2023 18:36:54 | Western Alliance Bank, PO Box 927830, San Diego, CA 92192-7830 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5482759 | | Nationstar Mortgage LLC |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5132164 | ##+ | Patenaude & Felix APC, 4545 Murphy Canyon Road, 3rd Flr, San Diego, CA 92123-4363 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust II mfarrington@kmllawgroup.com |
| Steven P Miner | on behalf of Debtor 1 Bridget E Stoneroad sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bridget E Stoneroad**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3076<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:18–bk–04868–HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bridget E Stoneroad

11/16/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2