# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Bridget E Stoneroad

Case No.: 1-18-04868HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Select Portfolio |
| Court Claim Number: | 17 |
| Last Four of Loan Number: | 1932 |
| Property Address if applicable: | 777 Church St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $8,618.79 |
| b. | Prepetition arrearages paid by the trustee: | $8,618.79 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $8,618.79 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from December 2018 through November 2023.

| | |
|---|---|
| Current monthly mortgage payment: | $808.85 |
| The next post-petition payment is due on: | December 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  November 21, 2023                                        Respectfully submitted,


                                                                 /s/ Jack N. Zaharopoulos
                                                                 Standing Chapter 13 Trustee
                                                                 Suite A, 8125 Adams Drive
                                                                 Hummelstown, PA  17036
                                                                 Phone:  (717) 566-6097
                                                                 Fax:  (717) 566-8313
                                                                 email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Bridget E Stoneroad

Case No.: 1-18-04868HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Stephen P Miner, Esquire
Caldwell & Kearns
3631 North Front St.
Harrisburg PA 17110

**Served by First Class Mail**
Select Portfolio Servicing, Inc
PO Box 65250
Salt Lake City UT 84165

Bridget E Stoneroad
777 Church St
Millersburg PA 17061

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 21, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case: 18-04868  BRIDGET E STONEROAD

SELECT PORTFOLIO SERVICING
BANKRUPTCY DEPT.
PO BOX 65450
SALT LAKE CITY, UT 841

Sequence: 07
Modify:
Filed Date:
Hold Code:

Acct No: 1932

| | | | | Debt: | $47,605.98 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $808.85 | | | Paid: | $47,605.98 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5010** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 11/15/2023 | 2031002 | $808.85 | $0.00 | $808.85 | |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 11/15/2023 | 2031002 | $808.85 | $0.00 | $808.85 | |
| | | | | | Payment for 9/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 11/15/2023 | 2031002 | $808.85 | $0.00 | $808.85 | |
| | | | | | Payment for 10/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 11/15/2023 | 2031002 | $808.85 | $0.00 | $808.85 | |
| | | | | | Payment for 11/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 07/11/2023 | 2027074 | $812.96 | $0.00 | $812.96 | 07/20/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 06/13/2023 | 2026155 | $812.96 | $0.00 | $812.96 | 06/21/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 05/16/2023 | 2025219 | $812.96 | $0.00 | $812.96 | 05/26/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 04/18/2023 | 2024224 | $812.96 | $0.00 | $812.96 | 04/26/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 03/15/2023 | 2023179 | $812.96 | $0.00 | $812.96 | 03/24/2023 |
| | | | | | Payment for 3/2023 | | | |
| 501-0 | SELECT PORTFOLIO SERVICING | | 02/15/2023 | 2022182 | $792.56 | $0.00 | $792.56 | 02/24/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/18/2023 | 2020997 | $792.56 | $0.00 | $792.56 | 01/26/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/13/2022 | 2019996 | $792.56 | $0.00 | $792.56 | 12/22/2022 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2022 | 2019046 | $792.56 | $0.00 | $792.56 | 12/09/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 10/18/2022 | 2017679 | $792.56 | $0.00 | $792.56 | 10/28/2022 |
| | | | | | Payment for 10/2022 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 09/13/2022 | 2016655 | $812.81 | $0.00 | $812.81 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/17/2022 | 2015585 | $812.81 | $0.00 | $812.81 | 08/30/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 07/13/2022 | 2014546 | $812.81 | $0.00 | $812.81 | 07/22/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 06/14/2022 | 2013580 | $812.81 | $0.00 | $812.81 | 06/28/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/17/2022 | 2012514 | $812.81 | $0.00 | $812.81 | 05/27/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 04/12/2022 | 2011462 | $812.81 | $0.00 | $812.81 | 04/26/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 03/16/2022 | 2010446 | $812.81 | $0.00 | $812.81 | 03/29/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 02/16/2022 | 2009473 | $812.81 | $0.00 | $812.81 | 02/28/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 01/19/2022 | 2008466 | $812.81 | $0.00 | $812.81 | 01/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 12/15/2021 | 2007453 | $812.81 | $0.00 | $812.81 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 11/16/2021 | 2006427 | $789.93 | $0.00 | $789.93 | 11/29/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 10/14/2021 | 2005381 | $789.93 | $0.00 | $789.93 | 10/27/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 09/14/2021 | 2004377 | $789.93 | $0.00 | $789.93 | 09/24/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 08/18/2021 | 2003327 | $789.93 | $0.00 | $789.93 | 08/27/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 07/14/2021 | 2002293 | $789.93 | $0.00 | $789.93 | 07/22/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 06/16/2021 | 2001319 | $789.93 | $0.00 | $789.93 | 06/24/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 05/18/2021 | 2000295 | $789.93 | $0.00 | $789.93 | 05/26/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 04/15/2021 | 1228926 | $789.93 | $0.00 | $789.93 | 04/22/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 03/17/2021 | 1227904 | $789.93 | $0.00 | $789.93 | 03/24/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 02/17/2021 | 1226889 | $789.93 | $0.00 | $789.93 | 02/26/2021 |
| | | | | | | | Payment for 2/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 01/19/2021 | 1225880 | $789.93 | $0.00 | $789.93 | 01/27/2021 |
| | | | | | DisbDescrp Payment for 1/2021 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 12/10/2020 | 1224077 | $789.93 | $0.00 | $789.93 | 12/17/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | COMMUNITY LOAN SERVICING, LLC | | 11/03/2020 | 1223210 | $780.46 | $0.00 | $780.46 | 11/12/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 10/15/2020 | 1222189 | $780.46 | $0.00 | $780.46 | 10/21/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 10/15/2020 | 1222189 | $780.46 | $0.00 | $780.46 | 10/21/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 08/12/2020 | 1220102 | $780.46 | $0.00 | $780.46 | 08/19/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 07/07/2020 | 1219025 | $780.46 | $0.00 | $780.46 | 07/14/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 06/02/2020 | 1218039 | $780.46 | $0.00 | $780.46 | 06/10/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 05/06/2020 | 1217099 | $780.46 | $0.00 | $780.46 | 05/14/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 04/14/2020 | 1215898 | $780.46 | $0.00 | $780.46 | 04/28/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 03/12/2020 | 1214583 | $780.46 | $0.00 | $780.46 | 03/19/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/13/2020 | 1213268 | $780.46 | $0.00 | $780.46 | 02/20/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 01/16/2020 | 1211905 | $780.46 | $0.00 | $780.46 | 01/24/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 12/12/2019 | 1210508 | $780.46 | $0.00 | $780.46 | 12/18/2019 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 11/07/2019 | 1209228 | $780.85 | $0.00 | $780.85 | 11/15/2019 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 10/10/2019 | 1208270 | $780.85 | $0.00 | $780.85 | 10/17/2019 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 09/26/2019 | 1206812 | $780.85 | $0.00 | $780.85 | 10/02/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 08/07/2019 | 1205446 | $780.85 | $0.00 | $780.85 | 08/14/2019 |
| | | | | | Payment for 8/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 08/07/2019 | 1205446 | $780.85 | $0.00 | $780.85 | 08/14/2019 |
| | | | | | Payment for 7/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 07/11/2019 | 1204030 | $780.85 | $0.00 | $780.85 | 07/19/2019 |
| | | | | | Payment for 6/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 06/06/2019 | 1202692 | $780.85 | $0.00 | $780.85 | 06/14/2019 |
| | | | | | Payment for 4/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 06/06/2019 | 1202692 | $780.85 | $0.00 | $780.85 | 06/14/2019 |
| | | | | | Payment for 5/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 04/11/2019 | 1200007 | $780.85 | $0.00 | $780.85 | 04/18/2019 |
| | | | | | Payment for 3/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 04/11/2019 | 1200007 | $780.85 | $0.00 | $780.85 | 04/18/2019 |
| | | | | | Payment for 2/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 03/12/2019 | 1198671 | $780.85 | $0.00 | $780.85 | 03/20/2019 |
| | | | | | Payment for 1/2019 | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/07/2019 | 1197583 | $780.85 | $0.00 | $780.85 | 02/21/2019 |
| | | | | | Payment for 12/2018 | | | |

Sub-totals: $47,605.98   $0.00   $47,605.98

Grand Total: $47,605.98   $0.00

# Disbursements for Claim

**Case:** 18-04868    **BRIDGET E STONEROAD**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

**Acct No:** 1932/PRE ARREARS/777 CHU

**Sequence:** 24
**Modify:**
**Filed Date:** 1/29/2019 12:00:00AM
**Hold Code:**

|            |            | Debt:     | $8,618.79 | Interest Paid: | $0.00 |
|------------|------------|-----------|-----------|----------------|-------|
| Amt Sched: | $70,681.00 |           |           | Accrued Int:   | $0.00 |
| Amt Due:   | $0.00      | Paid:     | $8,618.79 | Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
|       |      |      |      |         |           | DisbDescrp |     |            |
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE |   | 01/18/2023 | 2020988 | $11.52 | $0.00 | $11.52 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE |   | 12/13/2022 | 2019988 | $216.10 | $0.00 | $216.10 | 12/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE |   | 11/16/2022 | 2019037 | $216.11 | $0.00 | $216.11 | 12/14/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 10/18/2022 | 2017678 | $417.76 | $0.00 | $417.76 | 10/28/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | V | 10/06/2022 | 2013579 | ($200.36) | $0.00 | ($200.36) | 10/06/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 09/13/2022 | 2016654 | $235.46 | $0.00 | $235.46 | 09/22/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 08/17/2022 | 2015583 | $235.46 | $0.00 | $235.46 | 08/30/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 07/13/2022 | 2014544 | $217.92 | $0.00 | $217.92 | 07/22/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 06/14/2022 | 2013579 | $200.36 | $0.00 | $200.36 | 10/06/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 05/17/2022 | 2012512 | $177.91 | $0.00 | $177.91 | 05/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 04/12/2022 | 2011460 | $200.37 | $0.00 | $200.37 | 04/26/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 03/16/2022 | 2010445 | $200.36 | $0.00 | $200.36 | 03/29/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 02/16/2022 | 2009472 | $200.36 | $0.00 | $200.36 | 02/28/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC |   | 01/19/2022 | 2008465 | $200.36 | $0.00 | $200.36 | 01/27/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 12/15/2021 | 2007452 | $177.14 | $0.00 | $177.14 | 12/24/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 11/16/2021 | 2006426 | $199.58 | $0.00 | $199.58 | 11/29/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 10/14/2021 | 2005380 | $206.55 | $0.00 | $206.55 | 10/27/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 09/14/2021 | 2004376 | $213.52 | $0.00 | $213.52 | 10/04/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 08/18/2021 | 2003326 | $213.52 | $0.00 | $213.52 | 09/01/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 07/14/2021 | 2002292 | $198.03 | $0.00 | $198.03 | 07/23/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 06/16/2021 | 2001318 | $229.00 | $0.00 | $229.00 | 06/24/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 05/18/2021 | 2000294 | $182.56 | $0.00 | $182.56 | 05/26/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 04/15/2021 | 1228925 | $128.35 | $0.00 | $128.35 | 04/22/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 03/17/2021 | 1227903 | $241.26 | $0.00 | $241.26 | 03/24/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 02/17/2021 | 1226888 | $198.04 | $0.00 | $198.04 | 02/25/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2021 | 1225879 | $356.10 | $0.00 | $356.10 | 01/27/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 11/03/2020 | 1223209 | $214.19 | $0.00 | $214.19 | 11/12/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 10/15/2020 | 1222188 | $598.73 | $0.00 | $598.73 | 10/22/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 07/07/2020 | 1219024 | $624.54 | $0.00 | $624.54 | 07/14/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 05/06/2020 | 1217098 | $196.14 | $0.00 | $196.14 | 05/14/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 04/14/2020 | 1215897 | $213.16 | $0.00 | $213.16 | 04/28/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 03/12/2020 | 1214582 | $195.87 | $0.00 | $195.87 | 03/20/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 02/13/2020 | 1213267 | $213.17 | $0.00 | $213.17 | 02/21/2020 |
| 520-0 | BAYVIEW LOAN SERVICING | | 01/16/2020 | 1211904 | $213.16 | $0.00 | $213.16 | 01/30/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | BAYVIEW LOAN SERVICING | | 12/12/2019 | 1210507 | $18.34 | $0.00 | $18.34 | 12/24/2019 |
| 520-0 | BAYVIEW LOAN SERVICING | | 11/07/2019 | 1209226 | $453.82 | $0.00 | $453.82 | 11/18/2019 |
| 520-0 | BAYVIEW LOAN SERVICING | | 10/10/2019 | 1208269 | $177.77 | $0.00 | $177.77 | 10/21/2019 |
| 520-0 | BAYVIEW LOAN SERVICING | | 09/26/2019 | 1206811 | $268.94 | $0.00 | $268.94 | 10/03/2019 |
| 520-0 | BAYVIEW LOAN SERVICING | | 08/07/2019 | 1205445 | $157.62 | $0.00 | $157.62 | 08/22/2019 |

Sub-totals: $8,618.79   $0.00   $8,618.79

Grand Total: $8,618.79   $0.00