Fill in this information to identify the case:

Debtor 1        Bridget E Stoneroad

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                              (State)
Case number 1:18-bk-04868-HWV

# Form 4100R
# Response to Notice of Final Cure                                                                 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: BRAVO Residential Funding Trust 2023-RPL1                Court claim no. (if known): 17
Last 4 digits of any number you use to identify the debtor's account:  1932

Property address:     777 CHRUCH ST
                      Number        Street

                      MILLERSBURG, PA 17061
                      City                State        ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    12/1/2023
                                                                  MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                       (a) $_____
   b. Total fees, charges, expenses, escrow and costs outstanding:                 + (b) $_____
   c. Total. Add lines a and b.                                                      (c) $_____
   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became
   due on:
                                                  MM/ DD/ YYYY

Form 4100R                    Response to Notice of Final Cure Payment                         page 1

| Debtor 1 | Bridget E Stoneroad | | Case number (if known) | 1:18-bk-04868-HWV |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher Salamone     Date 12/12/2023
   Signature

Print  Christopher Salamone         Title Authorized Agent
       First Name  Middle Name  Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  13010 Morris Rd, Suite 450
         Number       Street
         Alpharetta, GA 30004
         City       State    ZIP Code

Contact  470-321-7112                    Email csalamone@raslg.com

Form 4100R          Response to Notice of Final Cure Payment          page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Bridget E Stoneroad
777 Church Street
Millersburg, PA 17061

And via electronic mail to:

Steven P Miner
Caldwell & Kearns, P.C.
3631 N. Front Street
Harrisburg, PA 17110

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Jessica Norton
Email: jnorton@raslg.com

Form 4100R    Response to Notice of Final Cure Payment    page 3

Case 1:18-bk-04868-HWV    Doc 68    Filed 12/12/23    Entered 12/12/23 13:03:24    Desc
Main Document    Page 3 of 3